17-CR-00233-TNM

July 17, 2024

To whom it may concern.

My name is Christian Daniel. I recently mailed off two motions to the court,
Case no. 17-CR-233
one of which never got to the courts I assumed, so I mailed off a second one but mailed it certified mail. The second one was recieved on June 28th according to the tracking number. In that enveloped I asked to recieve a status updating to ensure me that the motion had been filed.
This is my second attempt to be notified that my motion was recieved and has been filed to the courts. Thank you.

CDaniel

Christian Daniel. 31415-007
P.O Box 5000
F.C.I Hazelton
Bruceton Mills WV. 26525

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge  8/19/24

RECEIVED
Mail Room
JUL 22 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia