Christian Daniel
Reg. No. 31415-007
Hazelton F.C.I.
P.O. Box 5000
Bruceton Mills, WV., 26525



In The
United States District Court
For The District of Columbia

| | § | |
|---|---|---|
| United States of America, | § | Case No. 17-CR-233 |
| Plaintiff-Respondent, | § | |
| | § | Daniel Moves For The Court |
| v. | § | To Take Judicial Notice Of A Recent Applicable Decision |
| | § | |
| Christian Daniel | § | |
| Defendant-Movant. | | |

Christain Daniel ("Daniel"), in want of counsel, hereby moves the Court to take notice of United States v. Jean, No. 23-40463, 2024 U.S. App. LEXIS 17274 (5th Cir. July 15, 2024), where the defendant previously found to be a career offender argued that intervening changes meant if sentenced today he would not receive the same sentence. This case is on all-fours with Daniel's arguments for compassionate release, and should be considered in evaluating the merits of his motion.

filed this 7th day of August 2024

Chriatian Daniel
8/14/2024

Dear Your Honor,

At the moment of writing this letter I have been incarcerated for seven years since Aug. 3, 2017.

At that time, I was being held on a probation violation until I was indicted on the drug conspiracy charge the next year of 2018 in January.

In 2019, you sentenced me to 120 months. On that very day I brought it to your attention that I was locked up since Aug. 3rd and you, your Honor directed the probation officers to make the changes to make sure the records did in fact reflect that I did get arrested on Aug. 3rd of 2017.

Now would I receive credit for the time I was being held under federal custody, that was something that you couldn't determine right then as you told me.

As a result I was given a aggregated 151 months. 31 months for the probation violation to include in with the 120 the court sentenced me to because there was no clarity by the court as to if I was to have a concurrent or consecutive sentence. I completed the 31 months day for day then the 120 months sentence started in 2020 of May.

Those are just a few facts that brought me back in front of you.

I have been incarcerated for seven years and during my time inside prison, I have lost my father, my mother and nephew. In my last compassionate release, the government told me that, those are

1

the consequences of incarceration. It was a tough pill to swallow, but it was true. I put myself inside this situation, and I take full responsibility.

It hurts like hell and some days are harder than others. I have completed every program Hazelton has to offer me and continue to be a positive inspiration to younger men who I see may be following the wrong path I followed. Even I need someone to inspire me to continue.

Even writing this letter to you was a bit discouraging. My first one was to ask for release based on covid once I heard of the news of my mother being sick.

The second one bringing attention to the error my lawyer made at my sentencing. Mr. Kramer who was the lead lawyer on the Winstead case told me the case didn't apply to me when not only did the case apply to me, he didn't have a clear understanding of the case. My lawyer at sentencing totally didn't acknowledge the error. So if these two lawyers tell me the same thing, why should I even attempt to?

It was you your Honor. When you acknowledged that the lawyers did in fact make a aggregious error at my sentencing, that gave me the last spark of hope that someone did see what I saw.

I am no boy scout your Honor. I had chance after chance to get my life together. Why couldn't I? The answer is I was afraid. Maybe I was nervous to be who everybody saw in me because I didn't believe I could. So I fell down rabbit hole after rabbit hole, but this one I lost everything, except life. I've seen more inmates

die inside this institution than any other prison I have been at, and still I continue to keep working towards bettering myself. I know the test isn't behind these walls, it's when I'm free.

I don't have any safety nets to fall back on. Both of my parents are dead. I will have a teenage daughter who I haven't seen in years, being in my early 40's and a fresh start. I've seen men come right back to prison within a few months because they never planned to not come back, mentally no structually.

There are a lot of new programs set up to assist returning citizens in order for them to not return. I am enrolled in a few. I have secured a certificate in carpentry that will better my chances to get a job. I continue to go to drug programs, but I have yet to complete RDAP program. The program goes by your release date, so I'm not eligible as of yet.

I have written ten books and even started painting. Both I think I'm good at but that's my own opinion. The point is that I'm willing to learn or to participate into any program that will better my chances to not return. I refuse to allow this to be my last chapter, and I know it starts with me.

I have few family members and friends that I will have as support, but honestly I'm not looking for it. I know it will be hard but this time in prison has been the hardest I had to succumb to. I have a structured plan that includes the basic neccessities. Housing, food and clothing. I will live with my cousin who assured me that he can help me get a job. I have enrolled in programs with Morca and free minds. There is a program called PIVOT at

3

Georgetown University for returning citizens.  The program teaches business skills and ensures a job placement with one of its partners.  I have been securing my documents, like Social Security Card and my Birth Certificate.  I have written the Maryland courts to know the disposition of my driving tickets.  Until I secure my drivers license I will be proud to catch public transportation. I have been talking to my daughter to keep some form of bond but it will take time to build her trust in me.  To do such things, I will give it my all.

    Some changes to law have occurred since I have been locked up. Most of them I'm not eligible to receive because I have an aggregated sentence and the FBOP doesn't know what sentence I'm serving.  The rest will or can be decided by the Court from its full discretion.

    Your Honor, you told me that you had indeed had plans to give me the guidelines of a career offender although the government asked for 70 months, but I ask the court, what if those weren't supposed to be my guidelines?

    I don't have a clean record for sure, and you did give me what should be considered a break even with the 120 month sentence. I ended up with 151 months, double the 70 months the government asked for Your Honor.  If you wanted me to have that time, you would've given it to me Your Honor.

    I know I have had chances in the past, but it only takes one

more for a person to get it right. I'm asking for you to believe that this is that last chance, for me, and I will prove to you that you were not wrong for believing in me.

Thank you.

CDavid
Christian Daniel
31415-007



# Certificate of Achievement



This certificate is awarded to
## CHRISTIAN DANIEL

Congratulations! You have completed
## ServSafe® Food Handler
Employee Food Safety Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800 765 2122 in Chicago area 312 715 1010
Restaurant.org | ServSafe.com

Certificate Number 7178120     Date 7/6/2024
Expiration Date 7/6/2027



©1986-2024 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe®, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC (Solutions) names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner of each mark.